**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SHANE DONAVAN BROOKS,

Plaintiff

v.

EDUARDO ACOSTA, et al.,

Defendants

Case No.: 2:26-cv-02819-APG-EJY

**Dismissal Order**

Plaintiff Shane Donavan Brooks has filed a motion requesting that this case be dismissed without prejudice so that he can pursue his claims in state court. ECF No. 4. Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Because no answer or motion for summary judgment has been filed, I grant Brooks's motion.

I THEREFORE ORDER that Brooks's motion to voluntarily dismiss this action (ECF No. 4) is GRANTED.

I FURTHER ORDER that this action is dismissed in its entirety without prejudice.

The Clerk of the Court is directed to enter judgment accordingly.

I FURTHER ORDER that Brooks's application to proceed in forma pauperis (ECF No. 1) and his motion for appointment of counsel (ECF No. 2) are denied as moot.

Dated: September 29, 2026

Chief United States District Judge